FILED
CLERK U.S DISTRICT COURT

JUN – 2 2017

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CR 12-1118-DMG-9

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

CARLOS C. HERNANDEZ,

                Defendant.

ORDER OF DETENTION AFTER
HEARING (Fed.R.Crim.P. 32.1(a)(6)
Allegations of Violations of Probation/
Supervised Release Conditions)

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)      the appearance of defendant as required; and/or

(B)      the safety of any person or the community.

//

//

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_He will avoid criminal_
_conduct; also substance_
_abuse issues._

(B) [X] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will comply with_
_conditions of release;_
_also, substance abuse_
_issues._

IT IS ORDERED that defendant be detained.

DATED: ~~7~~ 6/1/17

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2